IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CODY JOE JONAS, | Case No. 3:20-cv-00663-SB |
| Petitioner, | **ORDER** |
| v. | |
| J. SALAZAR, Warden, | |
| Respondent. | |

**MOSMAN, J.,**

Petitioner Cody Joe Jonas ("Jonas"), an individual formerly in custody at FCI Sheridan ("Sheridan"), moved for entry of a preliminary injunction while housed at Sheridan (ECF No. 4). Jonas alleged that his treatment in administrative segregation at Sheridan was causing irreparable harm, and he requested a court order requiring Sheridan officials to give him access to a pen, the law library, a radio, hygiene supplies, coffee, and food.

After filing the motion for a preliminary injunction, Jonas filed a notice alerting the Court that he is now housed at FCI Phoenix (ECF No. 9). Therefore, the preliminary injunctive relief

PAGE 1 – ORDER

Jonas sought relating to his administrative segregation at Sheridan is now moot. Accordingly, the Court DENIES AS MOOT Jonas' motion for a preliminary injunction (ECF No. 4).[1]

IT IS SO ORDERED.

DATED this __19__ day of January, 2021.

*Michael W. Mosman*
Michael W. Mosman
United States District Judge

---

[1] In his motion, Jonas also sought a file-stamped copy of his petition, which the Court has now provided. (*See* ECF No. 12.)

PAGE 2 – ORDER